### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ODETTE KIRBY,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-02072-KHV-KMH |
| | ) | |
| v. | ) | **Judge Vratil** |
| | ) | **Magistrate Judge Humphreys** |
| | ) | |
| **ENCORE RECEIVABLE** | ) | |
| **MANAGEMENT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, ODETTE KIRBY, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,

**SMITHMARCO, P.C.**

Dated: April 9, 2013            By:      s/ Mandy M. Shell

2

        Mandy M. Shell, KS Bar # 23410  
        1656 Washington, Ste. 140  
        Kansas City, MO 64108  
        Telephone:   (913) 871-4170  
        Facsimile:   (888) 418-1277  
        E-Mail:      mshell@smithmarco.com  
        ATTORNEY FOR PLAINTIFF